69 A.3d 236

James A. D'ANGELO, Sr. and Carol D'Angelo, Petitioners

v.

JP MORGAN CHASE BANK NA, et al. and James A. D'Angelo, Jr. and Harry M. Anthony, Mortgage First Lending Group and Citizen Settlement Services, Inc. and Tonya Friend and Michelle Sheridan, Respondents.

Supreme Court of Pennsylvania.

June 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of June, 2013, the Petition for Allowance of Appeal and Application to File a Reply to the Answer are denied.